# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 178 |
| | : | |
| AMENDMENT OF RULES 102, 104, 205, | : | DISCIPLINARY RULES |
| 206, 208, 209, 213, 214, 215, 216, 217, | : | |
| 218, 219, 301, 401 and 403 OF THE | : | DOCKET |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT and | : | |
| RULE 8.3 OF THE RULES OF | : | |
| PROFESSIONAL CONDUCT | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of April, 2019, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for comment in the *Pennsylvania Bulletin*, 48 Pa.B. 5717 (September 15, 2018) and 48 Pa.B. 7391 (December 1, 2018):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 102, 104, 205, 206, 208, 209, 213, 214, 215, 216, 217, 218, 219, 301, 401 and 403 of the Pennsylvania Rules of Disciplinary Enforcement and Rule 8.3 of the Rules of Professional Conduct are amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.